Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Email: alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                            Case No.: 1-25-43215-jmm

    Marine Transport Logistic Inc.,                     Chapter 11

                         Debtor.
------------------------------------------------------------X

**MOTION OF THE DEBTOR FOR ORDER SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING PURSUANT TO 11 U. S. C. § 105 ON THE DEBTOR'S (i) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF CITIZENS BANK; AND (ii) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF PNC BANK**

**TO THE HON. JIL MAZER-MARINO,
UNITED STATES BANKRUPTCY JUDGE:**

    The Debtor, Marine Transport Logistic Inc, by her counsel, Alla Kachan, Esq., of Law Offices of Alla Kachan, P.C., moves under 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure Rule 9006(c), and Rule 9077-1(c) of the Local Bankruptcy Rules for the Eastern District of New York ("Local Rules"), for the entry of an order shortening notice, setting an objection deadline, and scheduling a hearing pursuant to 11 U.S.C. § 105 on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank (the "Motions"). In support, the Debtor states as follows:

### INTRODUCTION

    The Debtor respectfully seeks to schedule an emergency hearing on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank (the "Motion") because immediately after the filing date on July 3, 2025,

the Lenders unilaterally froze all business accounts of the Debtor without notice or explanation. As a result, the Debtor's operations are effectively halted as of the petition date due to the absolute inability to pay for and effectuate the shipment of orders. In light of the foregoing, the Debtor is suffering catastrophic financial loss daily, caused by the unlawful restraint of the funds in a blatant and willful violation of the automatic stay.

The Debtor, therefore, respectfully requests that the Court shortened notice of (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank on **July 16, 2025, at 1:00 PM.**

**CAUSE EXISTS FOR SHORTENED NOTICE ON THE DEBTOR'S (i) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF CITIZENS BANK; AND (ii) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF PNC BANK**

1.  As more fully set forth in on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank, filed on July 8, 2025.

**APPLICABLE AUTHORITY**

2.  Federal Rules of Bankruptcy Procedure 2002, 9006 and 9007 permit the shortening of notice and scheduling of an objection deadline and hearing as set forth herein. Bankruptcy Rule 2002(a) provides generally for 21 days' notice of motions. *Fed. R. Bankr. P. 2002(a)*. The applicable time period, however, may be modified further if the court "for cause shown" shortens the time or directs another method of giving notice. *Fed. R. Bankr. P. 2002(a)(2)* (general rule); *Fed. R. Bankr. P. 9006(c)* (quotation). In addition, Bankruptcy Code section 105(a) provides that the Court, "may issue an order . . . necessary or appropriate to carry out the provisions of [the Bankruptcy Code.] 11 U.S.C. § 105(a). Shortening time is also expressly contemplated in and permitted by Local Rule 9077-1(c).

**SERVICE OF MOTION TO SHORTEN TIME**

3.  The Debtor respectfully requests that the Court permit the Debtor to serve the Order Shortening Time and the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank, all creditors and any party that has filed a notice of appearance in the case. The Debtor requests that service by the Debtor on the parties set forth above, be deemed good and sufficient notice of the Motions.

## CONCLUSION

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order (1) shortening the notice required for the hearing of the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank (2) establishing an objection deadline, (3) scheduling the hearing on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank for July 8, 2025 at 1:00 P.M. and (4) granting such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York  
      July 8, 2025

/s/ *Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan  
2799 Coney Island Avenue, Suite  
Brooklyn, NY 11235  
Tel.: (718) 513-3145  
Fax: (347) 351-3156  
alla@kachanlaw.com

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145
Email: alla@kachanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                   Case No.: 1-25-43215-jmm

    Marine Transport Logistic Inc.,                    Chapter 11

               Debtor.
-------------------------------------------------------------X

## DECLARATION OF ALLA KACHAN IN SUPPORT
## OF MOTION TO SHORTEN TIME

Pursuant to 28 U.S.C. § 1746, Alla Kachan, Esq., declares as follows:

I am an attorney with the Law Offices of Alla Kachan, P.C., counsel to the Debtor, Marine Transport Logistic Inc. As such, I have knowledge and information about the Chapter 11 bankruptcy case of Marine Transport Logistic Inc (the "Debtor"). I submit this Declaration in support of the Motion of the Debtor to Shorten Notice pursuant to 11 U.S.C. § 105 (the "Motion to Shorten") on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank. The Debtor respectfully seeks to schedule an emergency hearing on the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank (the "Motions") because immediately after the filing date on July 3, 2025, the Lenders unilaterally froze all business accounts of the Debtor without notice or explanation. As a result, the Debtor's operations are effectively halted as of the petition date due to the absolute inability to pay for and effectuate the shipment of orders. In light of the foregoing, the Debtor is suffering catastrophic financial loss

daily, caused by the unlawful restraint of the funds in a blatant and willful violation of the automatic stay.

Consequently, it is vital and crucial for the Debtor to schedule an emergency hearing on the Motions on July 16, 2025.

1. The Debtor, therefore, respectfully requests that the Court shortened notice of the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank, set an objection's deadline for parties to file objections, and schedule a hearing on **July 16, 2025, at 1:00 PM**.

Dated: Brooklyn, New York  
July 8, 2025

*/s/ Alla Kachan*  
Alla Kachan, Esq

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                      Case No.: 1-25-43215-jmm

Marine Transport Logistic Inc.,                                   Chapter 11

                Debtor.
---------------------------------------------------------X

**ORDER GRANTING SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING PURSUANT TO 11 U.S.C. § 105 ON THE DEBTOR'S (i) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF CITIZENS BANK; AND (ii) MOTION FOR VIOLATION OF AUTOMATIC STAY ON THE PART OF PNC BANK**

After consideration of the Debtor's Morion for an Order Shortening the Applicable Notice Period, Establishing an Objection Deadline, and Scheduling a Hearing on the Debtor's the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank, and determination that cause exists to shorten the deadlines because the relief sought in the Motion to Shorten is in the best interest of the Debtor, its estate, and its creditors, it is hereby

**ORDERED**, that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED**, that the hearing on the Debtor's the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank and any written objections are scheduled for **July 16, 2025, at 1:00 P.M.** (Eastern Time); and it is further

ORDERED that the hearing shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800. Parties may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the

hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 . If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347)394-1844 or JMM_Hearings@nyeb.uscourts.gov ; and it is further

**ORDERED**, that the deadline for any written objection to the Debtors' the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank shall be filed with the Court and served upon the Court, Debtors' counsel at 2799 Coney Island Ave, Suite 202, Brooklyn, New York 11235, to the attention of Alla Kachan, and the United States Trustee at One Bowling Green Room 510 New York NY 10004, is _____ at _____ (Eastern Time); and it is further

**ORDERED**, that on or before **July 10, 2025**, the Debtors shall serve a copy of this order, together with the Debtors' the Debtor's (i) motion for violation of automatic stay against Citizens Bank, and (ii) motion for violation of automatic stay against PNC Bank, <u>by overnight mail or / and by email</u>, upon the United States Trustee, all creditors and any party that has filed a notice of appearance in the case; and it is further

**ORDERED**, that notwithstanding any bankruptcy rule to the contrary, this Order shall take effect immediately upon its entry.