**LAW OFFICES OF ALLA KACHAN, P.C.**
**2799 CONEY ISLAND AVENUE, STE 202**
**BROOKLYN, NEW YORK 11235**
**TELEPHONE (718) 513-3145**
**FACSIMILE (347) 342-3156**
**E MAIL alla@kachanlaw.com**

July 8, 2025
Hon. Judge Mazer-Marino
U.S. Bankruptcy Court,
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

                        Case Name: Marine Transport Logistic Inc
                        Case Number: 1-25-43215-jmm

Dear Honorable Judge Mazer-Marino,

      This letter shall serve as a request for an emergency conference in the above-mentioned case. Marine transport, the debtor in possession, filed this case on July 3rd, 2025. Immediately after the filing, PNC, and Citizens Bank, unilaterally restrained the debtors operating accounts, without prior notice, and have subsequently refused to release the accounts or the debtor's funds therefrom. The debtor's request to have a certified check issued for the funds contained in the restrained operating accounts, so that a Debtor-in-Possession account can be opened in a different banking institution, was denied. Upon further request of the debtor to have PNC open the Debtor-in-Possession account, the debtor was informed, by PNC, that a Debtor-in-Possession account can't be opened without a prior motion by the debtor requesting the opening of said account, and a resulting court order approving the referenced motion. As a result of the foregoing actions of

PNC and Citizens banks, the debtor has and continues to suffer incalculable monetary damages every day that its extensive multinational operations are effectively halted. Needless to say, that the banks' arbitrary and capricious actions are a blatant and knowing violation of the automatic stay, which is not only costing the debtor innumerable monetary damages, but in the long run can jeopardize the debtor's ability to reorganize effectively. All attempts to contact the banks, by both the debtor and our office, have been entirely fruitless. All PNC and Citizens' representatives spoken to, including managers, have refused to provide contact information for the banks' legal department, and have been entirely unwilling to allow the debtor to access their funds and have a DIP account opened in another banking institution. Currently and simultaneously with the filing of this letter, a motion for the violation of the automatic stay, seeking monetary damages and sanctions, is being filed against both banking institutions.

For the foregoing reasons an emergency hearing is hereby requested to address the foregoing issues in order to minimize the ongoing financial damage to the debtor.

Sincerely,

Alla Kachan

*/s/ Alla Kachan, Esq.*
Alla Kachan, Esq.