UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

Marine Transport Logistic Inc,

                         Debtor.

--------------------------------------------------------x

Chapter 11

Case No. 25-43215-jmm

## ORDER SCHEDULING HEARING ON SHORTENED NOTICE ON DEBTOR'S MOTIONS FOR SANCTIONS FOR VIOLATIONS OF THE AUTOMATIC STAY BY CITIZENS BANK AND PNC BANK

**WHEREAS**, Marine Transport Logistic Inc (the "Debtor") filed a motion seeking sanctions against PNC Bank for violations of the automatic stay (the "PNC Motion") [ECF No. 5] and a motion seeking sanctions against Citizens Bank for violations of the automatic stay (the "Citizens Bank Motion," and collectively with the PNC Motion, the "Motions") [ECF No. 6]; and

**WHEREAS**, the Debtor filed an application seeking expedited hearings on the Motions [ECF No. 8]; and

**WHEREAS**, cause exists for expedited hearings on the Motions.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Court will hold hearings on the Motions before Judge Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **July 16, 2025,** at **2:30 p.m.** (the "Hearings"); and it is further

**ORDERED**, that the Hearings may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearings must register with eCourt

Appearances no later than one (1) day prior to the Hearings. The phone number or video link for the Hearings will be emailed only to those that register with eCourt Appearances in advance of the Hearings. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order Scheduling Hearing together with the PNC Motion and the Citizens Bank Motion, on (1) the U.S. Trustee, (2) PNC Bank, (3) Citizens Bank, (4) all creditors, and (5) all parties having filed a notice of appearance by overnight mail and email by July 10, 2025, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Debtor shall file a certificate of service with the Court by July 11, 2025, evidencing the Debtor's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections or responses to the Motions may be interposed at the Hearing.

Dated: July 9, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge