UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re Marine Transport Logistic, Inc.            **CHAPTER 11**

                                                       **Case No.: 25-43215**

                            Debtor
------------------------------------------------------------------------X

**NOTICE OF APPERANCE**

PLEASE take notice that Eduardo J. Glas, Esq., of the Law Firm of Eduardo Glas, P.C., hereby enters an appearance in this case as counsel for creditor Svetlana Anuchina. Please send copies of all papers that are filed in the case to the following address:

        Eduardo J. Glas, Esq.
        Law Office of Eduardo Glas, P.C.
        500 E. 83rd Street, #9H
        New York, New York 10028
        Tel. 917-864-1461
        eglas@glasattorneys.com

Dated: July 11, 2025

                                      LAW OFFICE OF EDUARDO GLAS

                                    By:    /s/Eduardo J. Glas
                                               Eduardo J. Glas