Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Case No.: 1-25-43215-jmm

Marine Transport Logistic Inc.,                            Chapter 11

                  Debtor.
-------------------------------------------------------X

## REQUEST TO WITHDRAW

Dear Honorable Judge Jil Mazer-Marino,

      With regard to the case of Marine Transport Logistic Inc, the Debtor, by its Counsel Alla Kachan, Esq., of Law Offices of Alla Kachan, P.C, hereby withdraw the Debtor's Motion for Violation of Automatic Stay (the "Motion") against Citizens Bank filed on July 8, 2025 (Docket No. 6), since the matter was resolved and the funds were released by the Bank.

      Please mark the above referenced application withdrawn accordingly.

Respectfully,

*/s/ Alla Kachan*
Alla Kachan, Esq.