United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                                    Case No. 25-43215-jmm
Marine Transport Logistic Inc                                                                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1           User: admin                Page 1 of 2
Date Rcvd: Jul 16, 2025        Form ID: pdfall            Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marine Transport Logistic Inc, 20 Peare Place, Staten Island, NY 10312-6074 |
| cr | | Svetlana Anuchina, Law Office of Eduardo Glas, 500 E 83Rd St, Apt 9H, New York, NY 10028-7245 |
| 10534900 | + | Alla Solovyeva, 604 Wainwright Avenue, Staten Island, NY 10312-3741 |
| 10534901 | + | Commonwealth Leasing, Inc, 209-4 Carriage Lane, Riverside, NJ 08075-1237 |
| 10534902 | + | Crocus Investments, LLC, 18401 COLLINS AVE, 100-241, North Miami Beach, FL 33160-2402 |
| 10534903 | + | RICHARD A. ROSENZWEIG, 57 Beach St Ste 3, Staten Island, NY 10304-2799 |
| 10537506 | + | Svetlana Anuchina, c/o Law Office of Eduardo Glas, 500 E 83 St, #9H, New York, New York 10028-7245 |
| 10534904 | + | Svetlana Anuchina, 2729 Brown Street, 2nd FL, Brooklyn, NY 11235-1611 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | PNC BANK, NATIONAL ASSOCIATION |
| 10537558 | *+ | Svetlana Anuchina, c/o Law Office of Eduardo Glas, 500 E 83 St, #9H, New York, New York 10028-7245 |
| 10534905 | ##+ | Tseitlin & Glass, P.C., 345 7th Avenue 21st Floor, New York, NY 10001-5033 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdfall | Total Noticed: 8 |

| Name | Email Address |
|---|---|
| Alla Kachan | on behalf of Debtor Marine Transport Logistic Inc alla@kachanlaw.com  2759602420@filings.docketbird.com |
| Anne Marie Aaronson | on behalf of Interested Party PNC BANK  NATIONAL ASSOCIATION aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Eduardo J. Glas | on behalf of Creditor Svetlana Anuchina eglas@glasattorneys.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                                Chapter 11

Marine Transport Logistic Inc,            Case No. 1-25-43215-jmm

                       Debtor.
-------------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

Marine Transport Logistic Inc having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **August 20, 2025** at **1:00 p.m.**; and it is further

**ORDERED**, that the Case Management Conference may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the conferences must register with eCourt Appearances no later than two (2) days prior to each conference. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

- the nature of the Debtor's business and the reason for commencing this case;

- the Debtor's compliance with 11 U.S.C. §§ 1116(2), (3), (4), (5), (6) and (7);

- the Debtor's financial condition, including post-petition operations and revenue, debtor-in-possession financing, and the use of cash collateral;

- the status of the Debtor's applications to retain professionals;

- the status of the Debtor's application for an order to fix the last date for creditors to file proofs of claim;

- projected date for filing a plan of reorganization and disclosure statement;

- if this is a single asset real estate case, the Debtor's proposal for satisfying 11 U.S.C. §362(d)(3);

- significant motions and adversary proceedings anticipated by the Debtor; and

- the scheduling of additional Case Management Conferences;

and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees forcases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, to the extent applicable, the Debtor shall file with the Court, and serve on the Office of the United States Trustee, quarterly reports concerning entities the Debtor controls pursuant to Bankruptcy Rule 2015.3; and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports or related entity reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



Dated: July 16, 2025
    Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge