**EXHIBIT A**

Marine Transport Logistic Inc

| Date | Description | Rate | Time spent (min) | Amount |
|---|---|---|---|---|
| 7/7/2025 | Phone call with Client. Re: pre-petition PNC Bank account | 550 | 30 | $275.00 |
| 7/7/2025 | Phone call with PNC Bank. Re: Client's pre-petition bank account | 550 | 60 | $550.00 |
| 7/7/2025 | Email correspondance with PNC Bank. Re: Pre-petition bank account | 250 | 20 | $83.33 |
| 7/7/2025 | Phone call with Client and PNC Bank. Re: pre-petition bank account | 550 | 10 | $91.67 |
| 7/8/2025 | Drafting Motion for Violation of Automatic Stay against PNC Bank | 375 | 120 | $750.00 |
| 7/8/2025 | Drafting Motion to Limit Notice on Motion for Violation of Automatic Stay against PNC Bank | 375 | 60 | $375.00 |
| 7/8/2025 | Reviewing Motion for Violation of Automatic Stay against PNC Bank and Motion to Limit Notice | 550 | 90 | $825.00 |
| 7/8/2025 | Phone call with Client. Re: Motion for Violation of Automatic Stay against PNC Bank | 550 | 30 | $275.00 |
| 7/8/2025 | Filing Motion for Violation of Automatic Stay against PNC Bank | 250 | 10 | $41.67 |
| 7/8/2025 | Filing Motion to Limit Notice on Motion for Violation of Automatic Stay against PNC Bank | 250 | 10 | $41.67 |
| 7/8/2025 | Drafting Letter to the Honorable Judge Jil Mazer-Marino | 550 | 30 | $275.00 |

| Date | Description | Rate | Time | Amount |
|---|---|---|---|---|
| 7/8/2025 | Filing Letter to the Honorable Judge Jil Mazer-Marino | 250 | 10 | $41.67 |
| 7/9/2025 | Email correspondance with US Trustee Office. Re: Motion for Violation of Automatic Stay against PNC Bank | 550 | 20 | $183.33 |
| 7/10/2025 | Drafing, filing and serving Affidavit/Certificate of Service. Re: Motion for Violation of Automatic Stay; Order to Schedule Hearing | 250 | 90 | $375.00 |
| 7/11/2025 | Email correspondance with PNC Bank attorney. Re: Motion for Violation of Automatic Stay against PNC Bank | 550 | 30 | $275.00 |
| 7/11/2025 | Phone call with PNC Bank attorney. Re: pre-petition bank account and Motion for violation of Automatic Stay | 550 | 7 | $64.17 |
| 7/11/2025 | Phone call with Client. Re: Pre-petition bank account | 550 | 30 | $275.00 |
| 7/14/2025 | Email correspondance with PNC Bank attorney. Re: Motion for Violation of Automatic Stay against PNC Bank | 550 | 10 | $91.67 |
| 7/15/2025 | Reviewing Objection of PNC Bank, NA to Debtor's Motion for Violation of Automatic Stay against PNC Bank | 550 | 60 | $550.00 |
| 7/16/2025 | Email correspondance with PNC Bank attorney. Re: update on DIP account | 550 | 10 | $91.67 |
| 7/16/2025 | Court appearance, Order Scheduling Hearing on Shortened Notice on Debtors Motions for Sanctions for Violations of the Automatic Stay by PNC Bank | 550 | 60 | $550.00 |

| Date | Description | Rate | Time | Amount |
|---|---|---|---|---|
| 7/16/2025 | Phone call with Client. Re: Hearing and DIP account | 550 | 40 | $366.67 |
| 7/16/2025 | Email correspondance with PNC Bank attorney. Re: Scheduling phone call | 250 | 10 | $41.67 |
| 7/30/2025 | Phone call with PNC Bank attorney. Re: decisional hearing | 550 | 14 | $128.33 |
| | Total balance | | | $6,617.50 |
| | | | | |
| | | | | $6,617.50 |
| | Expenses | | | $176.40 |
| | Outstanding Balance | | | $6,793.90 |