UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

                       Marine Transport Logistic,                  Case No.: 1-25-43215-JMM
                                                                            Chapter 11

                                   Debtor

-------------------------------------------------------------X

**NOTICE OF HEARING ON MOTION OF CREDITOR SVETLANA ANUCHINA FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1112(B) DISMISSING THE BANKRUPTCY CASE**

       PLEASE TAKE NOTICE that a hearing on the annexed motion (the **"Motion"),** of Svetlana Anuchina, a creditor in the above captioned bankruptcy case, will be held before the Honorable Jil Mazer- Marino, United States Bankruptcy Judge, on **October 22, 2025, at 11:00 A.M.,** in the United States Bankruptcy Court-Eastern District of New York-Brooklyn, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York, 11201. The parties may appear in person, by phone, or by videoconference for hearing. The hearing by phone or by videoconference are conducted via Webex audio video platform. Regardless of whether a hearing is by phone videoconference, or in person, all hearing participants must register with eCourt Appearances in advance of all telephonic and videoconference appearance (https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearance). Once registered, eCourt Appearances will email the telephone number and vide link for your hearing. You may register for hearings weeks in advance, but the telephone number video link will not be sent to you until 48 hours before the hearing date. Those registering

with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes after registration to receive the email with the telephone number and video link. Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the within Motion must be in writing and must state with particularity the grounds of the objection. The objection must be filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov, and a copy of the objection must be served upon the undersigned counsel for Ms. Anuchina so as to be received no later than seven (7) day before the hearing date.

Dated: New York, New York
September 20, 2025

*/s/ Eduardo J. Glas*
Eduardo J Glas, Esq.
Law Office of Eduardo Glas PC
500 E 83rd St, 9h
New York, New York 10028
917-864-1461
eglas@glasattorneys.com
Counsel to Svetalan Anuchina