UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 1-25-43215-JMM |
| Marine Transport Logistic Inc., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## STIPULATION RESOLVING DEBTORS' MOTION FOR VIOLATION OF AUTOMATIC STAY ON PART OF PNC BANK

This Stipulation is entered into by and between Marine Transport Logistic Inc. (the "Debtor"), by its counsel, Law Offices of Alla Kachan, P.C., and PNC Bank, National Association ("PNC"), by its counsel, Dilworth Paxson LLP (each, a "Party" and together, "Parties").

## RECITALS:

**WHEREAS**, on July 3, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (the "Court");

**WHEREAS**, on July 8, 2025, the Debtor filed a Motion for Violation of Automatic Stay on the Part of PNC Bank **[ECF No. 5] (JMM)** (the "Motion"), seeking sanctions against PNC for alleged violation of the automatic stay;

**WHEREAS**, **on July 15, 2025,** PNC opposed the Motion and disputes that any of its actions violated the automatic stay **[ECF No. 15] (JMM)**;

**WHEREAS**, after multiple hearings before the Court, the Parties subsequently engaged in settlement discussions.

**NOW, THEREFORE**, in consideration of the foregoing, it is hereby stipulated and agreed by and between the Parties as follows:

1. The Motion is hereby resolved with each Party agreeing that no further proceedings or ruling from the Court are necessary. Neither Party makes any concessions regarding their respective positions set forth in the pleadings relating to the Motion, or admits any wrongdoing with respect to the subject matter of the Motion or this case.

2. PNC agrees to pay the Debtor's counsel the sum of $8,147.25 for reimbursement of certain of its legal fees, subject to the Debtor's counsel providing such documentation or information required by PNC (including a W9) to process the payment. Each of the Parties shall otherwise bear their own legal fees and costs with respect to the Motion, this Stipulation and this case.

3. This Stipulation sets forth the entire agreement between the Parties, fully supersedes all prior agreements and understandings between the Parties pertaining to the subject matter hereof (written or oral).

4. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon the Stipulation being so-Ordered.

5. The Parties agree to reasonably cooperate to do such things, take such steps and perform such acts as may be reasonably necessary to implement and effectuate the terms of this Stipulation, if further action is required.

6. This Stipulation shall be binding upon the Parties, their respective heirs, executors, successors, administrators and assigns.

7. This Stipulation may not be amended or modified other than in writing executed by each of the Parties.

8. This Court ~~shall~~ **may (JMM)** retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Stipulation.

9. Upon this Stipulation being so-Ordered, the Motion shall be deemed resolved and any further proceedings scheduled with the Court shall be cancelled.

10. This Stipulation may be executed in one or more counterparts, including by electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

Dated: November 14, 2025  
       New York, New York

**LAW OFFICES OF ALLA KACHAN, P.C.**  
Counsel to the Debtor

By: */s/ Alla Kachan*  
Alla Kachan, Esq.  
2799 Coney Island Avenue, Suite 202  
New York, NY 11235  
Tel.: (718) 513-3145  
E-Mail: alla@kachanlaw.com

Dated: November 14, 2025  
       Philadelphia, Pennsylvania

**DILWORTH PAXSON LLP**  
Counsel to PNC Bank, National Association

By: /s/ *Anne Aaronson*  
Anne Aaronson, Esq.  
1650 Market Street, Suite 1200  
Philadelphia, PA 19103  
Telephone: (215) 575-7110  
E-Mail: aaaronson@dilworthlaw.com



Dated: December 9, 2025  
       Brooklyn, New York

_____  
Jil Mazer-Marino  
United States Bankruptcy Judge